IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



Barbara J. Zinnamon
345 Livonia Avenue Apt 4F
Brooklyn NY 11212

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Judge Lawrence Knipel
360 Adams Street
Bklyn NY 11201

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. **MISC 22-2284**

(to be filled in by the Clerk's Office)

Jury Trial: ☐ Yes ☐ No
(check one)

GONZALEZ, J.

BLOOM, M.J.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Barbara J. Zinnamon
   Street Address: 345 Livonia Avenue Apt 4F
   City and County: Brooklyn
   State and Zip Code: New York 11212
   Telephone Number: 718 385 3228
   E-mail Address: N/A

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Judge Lawrence Knipel
   Job or Title (if known): Judge of Supreme Court Bklyn NY
   Street Address: 360 Adams Street
   City and County: Brooklyn
   State and Zip Code: New York 11201
   Telephone Number: N/A
   E-mail Address (if known): N/A

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

|  |  |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address City and County State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address City and County State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The New York State Judge Lawrence Knipel of Brooklyn New York Supreme Court would not allow Barbara J. Zinnamon to proceed with my cases as a Pro Se attorney.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s) Pro Se Attorney

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Barbara J. Zinnamon is a citizen of the State of *(name)* the United States of America - New York

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Judge Lawrence Knipel, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$175,000.00

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My statement of facts is showing that I, Barbara J. Zimmerman have been discriminated from Judge Lawrence Knipel for a period of time in going forth to proceed with all of my cases as a pro se attorney in self representation to complete my cases in entirety. I have consulted with the pro se office and had been informed that was not suppose to happen from the judge at all.

5

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statement of relief and damages have incurred police brutality and injury physically for acts of misconduct in error by law enforcement. The amount requested is $75,000.00 but could derive more.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/11, 20 22

Signature of Plaintiff: *Barbara J. Zinnamon*
Printed Name of Plaintiff: Barbara J. Zinnamon

BARBARA ZINNAMON
ATTORNEY AT LAW
TEL: 718-485-2749



NEW YORK CITY POLICE DEPARTMENT
1 POLICE PLAZA
NEW YORK, NEW YORK 10038

BROOKLYN OFFICE

BARBARA ZINNAMON
NON PAY ( DO NOT PAY FARE )

CAPTAIN A. FORD

JANUARY 7, 2016

29 Gallatin Place, 3rd Floor
Brooklyn, NY 11201

BARBARA ZINNAMON
345 LIVONIA AVENUE
BROOKLYN, NEW YORK 11212


New York City Transit
Transit Adjudication Bureau

DEAR MS. ZINNAMON:

WE SINCERELY FOR THE DELAY IN THE LETTER YOU REQUESTED FOR YOUR RECORDS. HOWEVER, YOUR VOLUNTEER STATUS EMPLOYMENT AS A MTA, NYPD TRANSIT, SCHOOL SAFETY AGENT, SCHOOL CROSSING GUARD, AS WELL AS AUXILIARY POLICE PATROL, TENANT PATROL, TENANT ASSOCIATION, DETECTIVE UNIT, SERGEANT, LIEUTENANT, CAPTAIN, AND SHERRIFF UNIT FROM THE PERIODS OF 1994 to CURRENT IS VERY MUCH APPRECIATED. THIS HOLDS THROUGHOUT THE ENTIRE YEAR AND EVEN FURTHER ONTHROUGH OUT THE FUTURE COMING YEARS.

YOUR TAX IDENTIFICATION NUMBER AS BEING VOLUNTEER IS REGISTERED UNDER YOUR SOCIAL SECURITY NUMBER LISTED AS ███████████. We DO APPRECIATE YOUR SERVICE TO OUR SCHOOLS AND OUR COMMUNITIES AS WELL AS ALL FUNCTIONS YOU SERVICED US WITH. YOU ARE NOTED IN OUR EMPLOYEE BENEFITS DIVISION.

YOU ARE NOTED AS FEDERAL BUREAU INVESTIGATION. IF THERE ARE ANY QUESTIONS, PLEASE FEEL FREE TO CALL AT THIS NUMBER (212) 374-6840 AND WE WILL BE GLAD TO ASSIST IN ANY WAY WE CAN AS SOON AS POSSIBLE.

SINCERELY,
CAPTAIN A. FORD

NOTE: THIS IS NOT A FAKE
LETTER.



# GLOBAL INVESTORS TRUST

Offshore Service Managers (Montreal, Canada).
Complex C.I.B.C.
920 Blvd, Rene Levesque,
Montreal, Qc.H5B 1A4
Tel: 1-514-572-0335
Fax: 1-514-245-3822

TO: Barbara J. Zinnamon

Dear Madam:

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ JAN 04 2012 ★
BROOKLYN OFFICE

Date 31-10-02

## RE: FUND RELEASE CLAIM OF US$ 120.500.000.00 ONLY.

We are pleased to advice that your verification has been concluded and your file has now been finally transferred to our paying bankfor immediate release of your total fund valued as above captioned.

Your fund is now tentatively scheduled for a telegraphic/ swift transfer within the next few days, this is due to the queuing process. Please contact the office if this agreement is not suitable for you. Note that your bank details have not been verified as to be capable of accepting this volume of transfer from us, you are therefore to fill our attached 07 and return back to us via fax. After which you are advice to avail yourself of the opportunity of opening an offshore account at INTER CREDIT UNION BANK a fully offshore bank where you can have full access banking needs at no government taxes. You can immediately open an accpunt with bank online at the bank address below:

www.icubank.com

Or you can alternatively call the bank locally on phone to have an account opened for you. Payments are going to be made through this online offshore banking servive named above. With this you have the privilege of enjoying the online services provided, you willbe able to access your file online with the bank and know exactly when your funds will be deposited to your bank account. You will be able to unilaterally use and transfer your money from your account to any bank of your choice online by yourself.

As soon as you re your account is opened online please contact us to have your claim with deposited to the account without further delay.

Yours Faithfully

Nelson Seten

From: "admin" &lt;admin@intercreditunion.com&gt; | This is Spam | Add to Address Book
To: acbtg_2000@yahoo.com
CC: GROUP@mail3.powweb.com, INVESTMENT@mail3.powweb.com, TRUST@mail3.powweb.com
Date: Thu, 31 Oct 2002 22:32:36 -0000
Subject: ACCOUNT ACTIVITIES

TO: ZINNAMON BARBARA

DEAR MADAM,

IN REVIEWING YOUR ACCOUNT FILE WE FOUND OUT REGRETTABLE THAT YOU WILL BE
UNABLE TO SUCESSFULLY COMPLETE YOUR BANKING ACTIVITIES UNTIL CERTAIN DOCUMENTS ARE PRODUCED. THAT IS WHY I AM CONTACTING YOU TO CLARIFY THESE
ISSUES. THESE ARE THE FOLLOWING DOCUMENTS.

1. NON-RESIDENT EXPATRIATE LEVY
2. NATIONAL DEPOSIT INSURANCE CERTIFICATE.

THESE DOCUMENTS ARE TO BE PRESENTED TO FINTRAC CANADA THROUGH GROUP INVESTORS
TRUST. PLEASE BE KINDLY ADVISED THAT WITHOUT THESE DOCUMENTS THE CANADIAN
GOVERNMENT WILL HAVE TO INVESTIGATE THIS FUNDS AND MIGHT LEAD TO CONSFICATION
OR UNDUE DELAY.

            ACCOUNT MANAGER
            JULIE BERGEN

*[Handwritten]: 7/29/2022*
*Barbara Zinn[?]*
*Please file, and forward receipted copy [back?] to me. Thank you*

RESIDENCES
345 Livonia Ave.
Apt. 4F
Brooklyn, NY 11212

  

U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
11212
JUL 29, 22
AMOUNT
$2.40
R2304M114353-06

UNITED STATES DISTRICT
COURT HOUSE
225 Cadman Plaza (EAST)
Brooklyn, N.Y. 11201
ATTN: Pro Se Office 1st Floor